AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JUN 1 0 2015

**SOUTHERN** **DISTRICT OF** **TEXAS**

David J. Bradley, Clerk

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Wilman Mejia-Ramos**
**A089 084 489**
AKA:

    IAE    YOB:    1978
**Honduras**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-15- 0938 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 8, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(*Track Statutory Language of Offense*)

**being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Edinburg, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Wilman Mejia-Ramos was encountered by Border Patrol Agents near Edinburg, Texas, on June 8, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 1, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 27, 2009, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 23, 2009, the defendant was convicted of Distribution Of Cocaine and sentenced to eighteen (18) months confinement and three (3) years Supervised Release Term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved by David A. Linderman
6/10/15

Sworn to before me and subscribed in my presence,

3:48 pm

**June 10, 2015**

Signature of Complainant
Israel Perez    Border Patrol Agent

**Peter E. Ormsby**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer